IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA, KANSAS

| | |
|---|---|
| KAY-LYNNE REYNOLDS, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>RACHEL L. WALLACE, )<br>)<br>*Defendant.* )<br>) | Case No. 20-01057-KHV-KGG |

## PARTIES' JOINT MEDIATION NOTICE

Plaintiff Kay-Lynne Reynolds and Defendant Rachel L. Wallace jointly submit this joint notice of mediation. The parties have agreed to mediate this matter with mediator Craig Kennedy on December 15, 2020, beginning at 9:00 a.m., via Zoom or similar video conferencing platform. The mediator's contact information is as follows:

>Craig Kennedy
>727 North Waco, Suite 585
>Wichita, Kansas 67203
>(316) 263-4921
>eck_4756@yahoo.com

Respectfully submitted,

| | |
|---|---|
| FOULSTON SIEFKIN LLP | RIEDMILLER, ANDERSEN & SCOTT, LLC |
| By: */s/Michael J. Norton*_____<br>    Michael J. Norton, mnorton@foulston.com<br>    1551 N. Waterfront Parkway, Suite 100<br>    Wichita, KS 67206-4466<br>    316-267-6371<br>    *Attorneys for Defendant* | By: */s/Donald S. Andersen*_____<br>    Donald S. Andersen. don@ras.law<br>    Mark A. Scott, mark@ras.law<br>    532 N. Market<br>    Wichita, KS  67214<br>    316-263-0001<br>    *Attorneys for Plaintiff* |